# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 9/24/2025 |
| Case: 25−14623 | Form ID: 309A | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jasim Sachit | 6160 N Damen Ave Apt 402 | Chicago, IL 60659 |
| tr | Gregg Szilagyi | 209 S LASALLE ST    Suite 950 | Chicago, IL 60604 |
| aty | David H Cutler | Cutler & Associates, Ltd.    4131 Main St. | Skokie, IL 60076 |
| 31651200 | Amex | Correspondence/Bankruptcy    Po Box 981540 | El Paso, TX 79998 |
| 31651201 | Bank of America | Attn: Bankruptcy    4909 Savarese Circle | Tampa, FL 33634 |
| 31651202 | Capital One | Attn: Bankruptcy    P.O. Box 30285 | Salt Lake City, UT 84130 |
| 31651203 | Cinch Auto Finance | Attn: Bankruptcy    10400 Old Alabama Connector Rd . Ste 100 | Alpharetta, GA 30022 |
| 31651204 | Citibank | Attn: Bankruptcy Department    P.O.Box 790046 | St. Louis, MO 63179 |
| 31651205 | Citibank/The Home Depot | Citicorp Cr Srvs/Centralized Bankruptcy    Po Box 790046 | St Louis, MO 63179 |
| 31651206 | Comenity Bank | Attn: Bankruptcy    Po Box 182273 | Columbus, OH 43218 |
| 31651207 | Costco Citi Card | Attn: Bankruptcy    Po Box 6500 | Sioux Falls, SD 57117 |
| 31651208 | Huntington Bank | Attn: Bankruptcy    41 S High St | Columbus, OH 43215 |
| 31651209 | Nordstrom Signature Visa | Attn: Bankruptcy    Po Box 6555 | Englewood, CO 80155 |
| 31651210 | Synchrony Bank/Care Credit | Attn: Bankruptcy Department    Po Box 965060 | Orlando, FL 32896 |
| 31651211 | Synchrony/PayPal Credit | Attn: Bankruptcy    Po Box 965064 | Orlando, FL 32896 |
| 31651212 | Us Bank | Attn Consumer Bureau Mgmt Dept | Oshkosh, WI 54903 |
| 31651213 | Us Bk Cacs | Attn: Bankruptcy    Po Box 5229 | Cincinnati, OH 45201 |

TOTAL: 17