# CUTLER & ASSOCIATES, LTD.

ATTORNEYS AT LAW
4131 MAIN STREET
SKOKIE, ILLINOIS 60076

TELEPHONE (847) 673-8600
FAX (847) 673-8636
09/19/2025

Dear Jasim Sachit:

This will serve as our engagement agreement for representing you in a Chapter 7 bankruptcy. The agreement will become effective only when you sign it and make a payment to us. Please read this agreement carefully and be sure you understand it. If you have any questions, you should consult with me before signing. This document represents the <u>complete agreement</u> between us and may not be modified or replaced except by a subsequent written agreement executed by the parties. No other services will be provided to you.

You understand that most taxes and other governmental obligations will not be discharged in your bankruptcy. Student loans will not be discharged in your bankruptcy.

The following are the specifics of the services we will perform for you:

### <u>Services Included</u>

1. Meet with you to discuss your financial situation and possible solutions, which includes but is not exclusive to a review of your income, expenses, assets and debts;
2. Provide you with the attached section 342(b)(1) notice, which sets out the purpose, benefits, and costs of filing under Chapters 7, 11, 12 or 13; the types of services available from credit counseling agencies; and the penalties of committing certain bankruptcy crimes, and will explain the notice to you;
3. Discuss your specific financial situation to help you determine the chapter you can qualify for and select;
4. Ensure you have collected the required documents needed for a complete filing under the chapter you select;
5. File the case and obtain a case number for you.
6. Complete the filing, including the preparation and filing of all required schedules, statement of affairs, and other documents,
7. Obtain updated documents from you as required by the trustee appointed to your case;
8. Timely (subject your cooperation) forward all required documents to your trustee;
9. Notify you of your section 341 meeting of creditors and any documents you bring to such meeting;
10. Prepare for and accompany you to the section 341 first meeting of creditors;
11. Correspond with your creditors to make sure they have been notified of your bankruptcy proceeding;
12. Assist in the amendments to the papers filed and the production of such documents as the trustee requests;
13. Assist you in the execution of reaffirmation agreements that are in your best interest;
14. Remain available through the close of your case to answer any questions and provide you with legal advice regarding your bankruptcy;
15. Assist you in regards to any post filing garnishment matters;

16. Monitor all court filings and promptly notify you of all relevant matters;
17. Promptly forward you all correspondence we receive from your creditors;
18. Monitor all deadlines and the status of your debtor education class;
19. Assist you in compliance with bankruptcy audits;
20. Advise you on redemption of property;
21. Handle the following lien avoidance motions: _____(none if not stated) – This must be completed if you own real estate and have a judgement against you;
22. Timely negotiate with the Trustee regarding any property or actions that the Trustee may pursue that could be adverse to your interests.

### Services Not Included

1. Judicial lien avoidances not specifically identified above;
2. Adversary proceeding;
3. Representation in any state court matters.

We are willing to provide these services to you for a flat fee of **$1500** which includes all filing fees and credit report cost.

You may be able to find an attorney willing to represent you in your bankruptcy <u>at a lower fee than ours after your case is filed</u>. This is your absolute right and you are assured we will not interfere with this right should you decide to do so.

You understand that all funds you pay us are considered payments towards your <u>flat fee retainer</u> and will immediately become our property. These payments will be deposited into our general business account and will be used for any and all of our general expenses and may be used to pay the costs of your credit reports and court filing fees. If you decide not to proceed with your case, we will retain no less than $750 of payments made to us.

You understand that the fee we are charging you is a "<u>flat</u>" fee. In setting our fee, <u>we have considered the following factors based on what we expect from the average Chapter 7 Bankruptcy</u>: (1) the time and labor expended; (2) the novelty and difficulty of the question raised; (3) the skill required to properly perform the legal services rendered; (4) our opportunity costs in handling your matter; (5) the customary fee for like work; (6) our expectations at the outset of this agreement; (7) the time limitations imposed by you or the circumstances; (8) the facts you have informed us about and the result we expect to achieve; (9) our experience, reputation and abilities; (10) whether or not there are issues which would cause other attorneys in our legal community to not accept your case; (11) the nature and length of the professional relation between you and us; and (12) attorney's fees in similar cases. Your case may take us more time or less time than a typical case and this is a risk we undertake by agreeing to represent you on a flat fee.

You understand that due to the flat fee nature of our work, <u>we do not expect to track our time on your case</u>. If you want us to track our time on the specifics of your case, we will do so provided that you understand that you will not be able to contact your attorney via text message or by cell phone as we are unable to track the time spent while attorneys are not in the office. ***Firm WILL not track time on my case.***

Due to scheduling, <u>the attorney appearing with you at your 341 meeting of creditors</u> may be an employee of our firm or he/she <u>may be an attorney who we hire to appear on our behalf</u>. It is our regular practice to inform you via email the name and a picture of the attorney who will be with you at least five days prior to

inform you via email the name and a phone number of the attorney meeting with you at least five days prior to your meeting, however, in rare situations, attorney schedules can change and we will notify you of such change as early as possible. You are assured that any attorney who attends the meeting with you is experienced, competent and will have the details of your case, however, due to fact that we cannot chose your 341 meeting date, we cannot promise to have any specific attorney attend the meeting with you. Your attorney will explain what will happen at your 341 meeting and you are encouraged to ask your attorney any questions you have about such meeting.

You agree that all documents and information you provide us will be complete, accurate and truthful. You agree to review your petition prior to filing your case. You are responsible for any inaccuracies in your petition. **If you do not understand anything**, we will be glad to explain it.

In the event your case is dismissed or you do not get a discharge as a result of any failure on our part, we will promptly refund all fees you have paid us. No other refunds will be given.

**You agree to provide all required documents necessary to complete your petition no later than 30 days after execution of this agreement. If documents are not provided by this date, this agreement will be null and void and we may close your file and retain all payments you have made to us.**

Documents may be submitted to us in person for copying, by fax, text or by email in PDF format. We will not accept original documents. All documents you give us will be reviewed, scanned as necessary and destroyed.

We can add creditors to your petition within a reasonable time after filing. However, there is a fee of $100 which includes a $31 court cost that must be paid prior to us amending your petition. If you wish for us to add creditors to your petition prior to discharge you must provide us a list of the missing creditors and the $100 no later than **30 days prior** to discharge.

It is very important for you to inform us of any credit card purchases within the last six months for non-essential items and cash advances. We consider food, gas, medical and other such purchases to be essential. Any non-essential purchases in excess of $500 should be specifically discussed with me so that we can best serve your interests.

If you fail to attend your first 341 meeting for any reason and it is continued, you will pay our firm an additional $300 to attend the continued 341 meeting.

Sincerely:

Cutler & Associates, Ltd.
A Debt Relief Agency. We help people file for bankruptcy relief under the Bankruptcy Code

Reviewed with Attorney and Accepted:

_____    _____
Client                              Client

3