Form definmgt

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jasim Sachit
6160 N Damen Ave Apt 402
Chicago, IL 60659
SSN: xxx−xx−9047 EIN: N.A.

Case No. : 25−14623

Chapter : 7

Judge : Jacqueline P. Cox

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Certificate of Debtor Education. Please attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

You must file Certificate of Debtor Education within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Certificate of Debtor Education, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 14, 2025

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court