# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752–1 | User: admin | Date Created: 11/14/2025 |
| Case: 25–14623 | Form ID: definmgt | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty          David H Cutler          cutlerfilings@gmail.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jasim Sachit          6160 N Damen Ave Apt 402          Chicago, IL 60659

TOTAL: 1