Certificate Number: 13861-ILN-DE-040327603

Bankruptcy Case Number: 25-14623



13861-ILN-DE-040327603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2025, at 5:42 o'clock PM PST, Jasim Sachit completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: November 18, 2025         By: /s/Andrea Gonzalez

                                Name: Andrea Gonzalez

                                Title: Counselor