# Notice Recipients

District/Off: 0752−1          User: admin               Date Created: 12/16/2025
Case: 25−14623               Form ID: 318               Total: 18


**Recipients of Notice of Electronic Filing:**
aty         David H Cutler        cutlerfilings@gmail.com

                                                                    TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jasim Sachit        6160 N Damen Ave Apt 402        Chicago, IL 60659
tr          Gregg Szilagyi        209 S LASALLE ST        Suite 950        Chicago, IL 60604
31651200    Amex        Correspondence/Bankruptcy        Po Box 981540        El Paso, TX 79998
31651201    Bank of America        Attn: Bankruptcy        4909 Savarese Circle        Tampa, FL 33634
31651202    Capital One        Attn: Bankruptcy        P.O. Box 30285        Salt Lake City, UT 84130
31651203    Cinch Auto Finance        Attn: Bankruptcy        10400 Old Alabama Connector Rd . Ste 100        Alpharetta, GA 30022
31651204    Citibank        Attn: Bankruptcy Department        P.O.Box 790046        St. Louis, MO 63179
31651205    Citibank/The Home Depot        Citicorp Cr Srvs/Centralized Bankruptcy        Po Box 790046        St Louis, MO 63179
31651206    Comenity Bank        Attn: Bankruptcy        Po Box 182273        Columbus, OH 43218
31651207    Costco Citi Card        Attn: Bankruptcy        Po Box 6500        Sioux Falls, SD 57117
31677987    Culs DBA Cinch Auto Finance        10400 Old Alabama Connector Rd        Suite 100 ALC        Alpharetta GA 30022
31651208    Huntington Bank        Attn: Bankruptcy        41 S High St        Columbus, OH 43215
31651209    Nordstrom Signature Visa        Attn: Bankruptcy        Po Box 6555        Englewood, CO 80155
31651210    Synchrony Bank/Care Credit        Attn: Bankruptcy Department        Po Box 965060        Orlando, FL 32896
31651211    Synchrony/PayPal Credit        Attn: Bankruptcy        Po Box 965064        Orlando, FL 32896
31651212    Us Bank        Attn Consumer Bureau Mgmt Dept        Oshkosh, WI 54903
31651213    Us Bk Cacs        Attn: Bankruptcy        Po Box 5229        Cincinnati, OH 45201

                                                                    TOTAL: 17