**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jasim Sachit** | Social Security number or ITIN  xxx–xx–9047 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Illinois

Case number:  25–14623

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jasim Sachit

December 16, 2025

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318          **Order of Discharge**          page 2

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                          Case No. 25-14623-JPC

Jasim Sachit                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2025 | Form ID: 318 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasim Sachit, 6160 N Damen Ave Apt 402, Chicago, IL 60659-4371 |
| 31651212 | | Us Bank, Attn Consumer Bureau Mgmt Dept, Oshkosh, WI 54903 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QGSZILAGYI.COM | Dec 17 2025 03:56:00 | Gregg Szilagyi, 209 S LASALLE ST, Suite 950, Chicago, IL 60604-1459 |
| 31651200 | + | Email/PDF: bncnotices@becket-lee.com | Dec 16 2025 23:15:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 31651201 | + | EDI: BANKAMER | Dec 17 2025 03:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 31651202 | + | EDI: CAPITALONE.COM | Dec 17 2025 03:56:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 31651203 | ^ | MEBN | Dec 16 2025 23:07:31 | Cinch Auto Finance, Attn: Bankruptcy, 10400 Old Alabama Connector Rd . Ste 100, Alpharetta, GA 30022-8225 |
| 31651204 | + | EDI: CITICORP | Dec 17 2025 03:56:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 31651205 | + | EDI: CITICORP | Dec 17 2025 03:56:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 31651206 | + | EDI: WFNNB.COM | Dec 17 2025 03:56:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 31651207 | + | EDI: CITICORP | Dec 17 2025 03:56:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 31677987 | ^ | MEBN | Dec 16 2025 23:08:06 | Culs DBA Cinch Auto Finance, 10400 Old Alabama Connector Rd, Suite 100 ALC, Alpharetta GA 30022-8222 |
| 31651208 | + | Email/Text: bankruptcy@huntington.com | Dec 16 2025 23:11:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus, OH 43215-3406 |
| 31651209 | + | Email/Text: bnc@nordstrom.com | Dec 16 2025 23:10:04 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 31651210 | + | EDI: SYNC | Dec 17 2025 03:56:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 31651211 | + | EDI: SYNC | Dec 17 2025 03:56:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

District/off: 0752-1                    User: admin                              Page 2 of 2

Date Rcvd: Dec 16, 2025                 Form ID: 318                        Total Noticed: 17

31651213        +  EDI: USBANKARS.COM

Dec 17 2025 03:56:00   Us Bk Cacs, Attn: Bankruptcy, Po Box 5229,
Cincinnati, OH 45201-5229

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Jasim Sachit cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Gregg Szilagyi | gs@tailserv.com  gszilagyi@ecf.axosfs.com;gszilagyi@epiqtrustee.com |

TOTAL: 3